```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 14279
   BILLYE L DAVILA
                                          CHAPTER 13

                                          JUDGE: MANUEL BARBOSA

       Debtor
   SSN XXX-XX-6842
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1. The case was filed on 08/08/07 and confirmed on 12/17/07.

   2. The case was dismissed after confirmation, 11/06/2008.

   3. The Debtor paid a total of $   9615.00 .

   4. The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MORT | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO HOME MORT | MORTGAGE ARRE | .00 | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | SECURED VEHIC | 9464.82 | 319.77 | 4421.69 |
| CREDIT ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| FNB OMAHA | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 636.92 | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| RUSH COPLEY | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2913.46 | .00 | .00 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 426.74 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 158.88 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 7444.42 | 184.65 | 2201.14 |
| INTERNAL REVENUE SERVICE | UNSECURED | 2659.95 | .00 | .00 |

         Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 9464.82 | 7444.42 | 6795.95 | .00 | 23705.19 |
| PRINCIPAL PAID | 4421.69 | 2201.14 | .00 | .00 | 6622.83 |
| INTEREST PAID | 319.77 | 184.65 | .00 | .00 | 504.42 |
| TOTAL PAID | 4741.46 | 2385.79 | .00 | .00 | 7127.25 |

The Debtor's attorney, LEGAL HELPERS PC         , was allowed $   3000.00
and was paid $   1030.00  direct and $   1970.00  through the plan.

The Trustee received $    517.75 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability

in this case.

    Dated: 02/11/09                            /S/
                                            GLENN STEARNS
                                            CHAPTER 13 TRUSTEE